

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00378-CV

_____

IN RE D.R., Relator

_____

Original Proceeding
442nd District Court of Denton County, Texas
Trial Court No. 2005-50633-367

_____

Before Walker, J.; Sudderth, C.J.; Birdwell, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of habeas corpus and motion for emergency order for release and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of habeas corpus and motion for emergency order of release are denied.

Per Curiam

Delivered: October 13, 2022